```
Bay Area Credit Services
Permanently closed at reported address
Norcross, GA 30093

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

CarMax Auto Finance
Attn: Bankruptcy
Po Box 440609
Kennesaw, GA 30160

Cash Advance Now
PO Box 569
Hays, MT 59527

Credence Resource Management, LLC
Attn: Bankruptcy
4222 Trinity Mills Road Suite 260
Dallas, TX 75287

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Guidance Res/US Bk
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

Gussie Porter
10840 Landseer Dr
Saint Louis, MO 63136

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Loanridge
505 Ellicott St
Buffalo, NY 14203

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

MSD
2350 Market St
Saint Louis, MO 63103
```

```
Next Loan
PO Box 435
Lower Lake, CA 95457

no name on CR Liability


no name on CR Liability


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Self Financial/lead Ba


Set Financial Corp
Attn: Bankruptcy
Po Box 63065
Charlotte, NC 28263

Sunshine Loans
631 Lucerne Ave
Suite 56
Lake Worth, FL 33460

Synchrony Bank/Sams
Attn: Bnakruptcy
Po Box 965060
Orlando, FL 32596

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Telecom Self-reported
Po Box 4500
Allen, TX 75013
```

```
Together Credit Union
Attn: Bankruptcy
423 Lynch St.
St. Louis, MO 63118

Utility Self-reported
Po Box 4500
Allen, TX 75013
```