UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 23-41028 |
| STEPHANIE T HENRY ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 1 filed by |
| ) | CARMAX BUSINESS SERVICES LLC |
| ) | Acct: 3931 |
| ) | |
| **Debtor** ) | |
| ) | |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC
6 OBJ: 04/06/2023

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

### ORDER

Upon Trustee's objection to claim number 1 filed by CARMAX BUSINESS SERVICES LLC, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered paid as $11,250.00 secured with the remainder of the claim as a general unsecured claim. An amended claim may be filed.

**DATED: May 11, 2023**
**St. Louis, Missouri**

**KATHY A. SURRATT-STATES**
**U.S. Bankruptcy Judge**

Copy mailed to:

STEPHANIE T HENRY
4631 VARRELMANN AVE
SAINT LOUIS, MO  63116

WILLIAM H RIDINGS JR
2510 S BRENTWOOD BLVD STE 205
C/O RIDINGS LAW FIRM
ST LOUIS, MO  63144

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

CARMAX BUSINESS SERVICES LLC
225 CHASTAIN MEADOWS CT NW #210
C/O CARMAX AUTO FINANCE
KENNESAW, GA  30144-5942