## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>STEPHANIE T HENRY<br><br><br><br><br><br>**Debtor** | ) CASE NO: 23-41028<br>) Chapter 13<br>)<br>) Re: Objection to Claim 1 filed by<br>)     CARMAX BUSINESS SERVICES LLC<br>)     Acct: 3931<br>)<br>)<br>) |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC
6 OBJ: 04/06/2023

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

### ORDER

Upon Trustee's objection to claim number 1 filed by CARMAX BUSINESS SERVICES LLC, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered paid as $11,250.00 secured with the remainder of the claim as a general unsecured claim. An amended claim may be filed.

**DATED: May 11, 2023**
**St. Louis, Missouri**

**KATHY A. SURRATT-STATES**
**U.S. Bankruptcy Judge**

Copy mailed to:

STEPHANIE T HENRY
4631 VARRELMANN AVE
SAINT LOUIS, MO  63116

WILLIAM H RIDINGS JR
2510 S BRENTWOOD BLVD STE 205
C/O RIDINGS LAW FIRM
ST LOUIS, MO  63144

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

CARMAX BUSINESS SERVICES LLC
225 CHASTAIN MEADOWS CT NW #210
C/O CARMAX AUTO FINANCE
KENNESAW, GA  30144-5942

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-41028-kss
Stephanie T Henry  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 2
Date Rcvd: May 11, 2023      Form ID: pdfo2      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie T Henry, 4631 Varrelmann Ave, Saint Louis, MO 63116-2417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 25346115 | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 11 2023 22:41:00 | CarMax Auto Finance dba CarMax Business Srvcs, LLC, 225 Chastain Meadows Court,, Ste 210, Kennesaw, GA 30144 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

**Name**      **Email Address**

Diana S. Daugherty
     standing_trustee@ch13stl.com  trust33@ch13stl.com

Hunter Charles Gould
     on behalf of Creditor U.S. Bank National Association moedbknotices@southlaw.com

Office of US Trustee
     USTPRegion13.SL.ECF@USDOJ.gov

William H. Ridings, Jr.

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 11, 2023 | Form ID: pdfo2 | Total Noticed: 2 |

on behalf of Debtor Stephanie T Henry ridingslaw2003@yahoo.com

TOTAL: 4