B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF MISSOURI

In Re:  
STEPHANIE T HENRY

Case No. 2341028

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of<br>Portfolio Recovery Associates, LLC<br>-------------------------------------------<br>Name of Transferee | OneMain<br>-------------------------------------------<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 7<br>Amount of Claim: $7,528.51<br>Date Claim Filed: 04/13/2023 |
| Phone: (877)829-8298<br>Last Four Digits of Acct #: 6709 | Phone:<br>Last Four Digits of Acct #: 6709 |
| Name and Address where transferee payments should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Seller Information<br>ONEMAIN FINANCIAL GROUP, LLC<br>100 INTERNATIONAL DRIVE<br>BALTIMORE MD 21202 |
| Phone: (877)829-8298<br>Last Four Digits of Acct #: 6709 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ MaKayla Reaves         Date: 5/24/2023  
-------------------------------------------  
  Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A

## ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed. (Collectively, "OneMain")

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, OneMain, located at 601 NW 2nd St, Evansville, Indiana hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of OneMain's rights, title, and interest in and to the Accounts owned by OneMain and identified on the Sale File delivered by OneMain to Buyer in electronic file form in conjunction herewith and titled PRA_BK13US_SALE_10MAY23.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 12th day of May, 2023.

## ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

ONEMAIN FINANCIAL (HI), INC. a Hawaii corporation

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation

By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

DocuSigned by:
By: _Tony Spencer_____
AAF11A82A80B49F...
Name: Tony Spencer

Title: Authorized Signer