Bay Area Credit Services
Permanently closed at reported address
Norcross, GA 30093

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

CarMax Auto Finance
Attn: Bankruptcy
Po Box 440609
Kennesaw, GA 30160

Carmax Business Services
P.O. Box 6045
Carol Stream, IL 60197

Cash Advance Now
PO Box 569
Hays, MT 59527

Credence Resource Management, LLC
Attn: Bankruptcy
4222 Trinity Mills Road Suite 260
Dallas, TX 75287

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Guidance Res/US Bk
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

Gussie Porter
10840 Landseer Dr
Saint Louis, MO 63136

Jasmine Traivaine Jones
1829 Biddle St
Saint Louis, MO 63106

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Loanridge
505 Ellicott St
Buffalo, NY 14203

```
Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

MSD
2350 Market St
Saint Louis, MO 63103

Next Loan
PO Box 435
Lower Lake, CA 95457


no name on CR Liability


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Self Financial/lead Ba


Set Financial Corp
Attn: Bankruptcy
Po Box 63065
Charlotte, NC 28263

Sunshine Loans
631 Lucerne Ave
Suite 56
Lake Worth, FL 33460

Synchrony Bank/Sams
Attn: Bnakruptcy
Po Box 965060
Orlando, FL 32596

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440
```

```
Telecom Self-reported
Po Box 4500
Allen, TX 75013

Together Credit Union
Attn: Bankruptcy
423 Lynch St.
St. Louis, MO 63118

Utility Self-reported
Po Box 4500
Allen, TX 75013
```