IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  Stephanie T Henry | ) | Case No. 23-41028 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing:   06/29/23 |
| | ) | Hearing Time and Place : 11:00am, 7 North |

**Memorandum to Amended Schedule D**

**COMES NOW Stephanie T Henry Debtor** in Chapter 13, by and through her Attorney William Ridings, and for her Memorandum states as follows:

Debtor filed an Amended Schedule D to include a new secured creditor:

Carmax Business Services
P.O. Box 6045
Carol Stream, IL  60197

Wherefore, Debtor prays this court to allow the amendments, and to confirm the Plan.

Dated:  May 31, 2023

/s/ Will Ridings
William Ridings, 38672MO
Attorney for Debtor
2510 S Brentwood Blvd, Ste 205
Brentwood, MO  63144
(314)968-1313, fax (314)968-1302
Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on May 31, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 31, 2023.

Stephanie T Henry
4631 Varrelmann Ave
St. Louis, MO  63116

/s/ Will Ridings
William Ridings MO38672