# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 23-41028-659 |
| Stephanie T Henry, *Debtor* ) | |
| ) | Chapter: 13 |
| U.S. Bank National Association, *Creditor* ) | |
| ) | |
| vs. ) | |
| Stephanie T Henry, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Diana S. Daugherty, *Trustee* ) | |

## NOTICE OF WITHDRAWAL OF
## SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

U.S. Bank National Association, ("Creditor"), and gives notice of its withdrawal of the Objection to Confirmation of Chapter 13 Plan filed on April 6, 2023.

SOUTHLAW, P.C.

*s/ Hunter C. Gould*

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 239472
Case No: 23-41028-659

## CERTIFICATE OF MAILING/SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 1, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

- **Diana S. Daugherty**   standing_trustee@ch13stl.com, trust33@ch13stl.com
- **Office of US Trustee**   USTPRegion13.SL.ECF@USDOJ.gov
- **William H. Ridings**   ridingslaw2003@yahoo.com

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on June 1, 2023.

Stephanie T Henry
4631 Varrelmann Ave
Saint Louis, MO 63116
**RESPONDENT**

SOUTHLAW, P.C.

*s/ Hunter C. Gould*
_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 239472
Case No: 23-41028-659