**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  )  | CASE NO: 23-41028 |
| STEPHANIE T HENRY  ) | |
| 4631 VARRELMANN AVE  ) | Chapter 13 |
| SAINT LOUIS, MO  63116  ) | |
|         Debtor  ) | |
| ) | |
| ) | |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| WILLIAM H RIDINGS JR<br>2510 S BRENTWOOD BLVD STE 205<br>C/O RIDINGS LAW FIRM<br>ST LOUIS, MO  63144 | 2,400.00 | 25/ATTORNEY FEE LUMP SUM<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WILLIAM H RIDINGS JR<br>2510 S BRENTWOOD BLVD STE 205<br>C/O RIDINGS LAW FIRM<br>ST LOUIS, MO  63144 | 2,200.00 | 16/ATTORNEY FEE PERMO<br>ACCT:<br>COMM:<br>REG PYMT: $122.22<br>INT RATE: 0.00 |
| US BANK NATIONAL ASSOCIATION<br>3751 AIRPARK<br>US BANK HOME MORTGAGE<br>MAIL PARK CN-KY-APDC<br>OWENSBORO, KY  42301 | 93,399.45 | 0/Home Mortgage Payment -- Outside<br>ACCT: 9850<br>COMM: #16-2AM#16 D/T 4631 VARRELMANN  AVE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US BANK NATIONAL ASSOCIATION<br>3751 AIRPARK<br>US BANK HOME MORTGAGE<br>MAIL PARK CN-KY-APDC<br>OWENSBORO, KY  42301 | 12,009.42 | 20/Mortgage Arrearage<br>ACCT: 9850<br>COMM: #16-2AM#16 48MOS 4631 VARRELMANN AVE<br>REG PYMT: $250.20<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 2
CASE NO: **23-41028**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| METRO ST LOUIS SEWER DISTRICT<br>2350 MARKET ST<br>ST LOUIS, MO  63103 | 0.00 | 20/Secured<br>ACCT: 2367<br>COMM: 60MO 4631 VARRELMANN AVE<br>REG PYMT: $44.69<br>INT RATE: 8.50 |
| BAY AREA CREDIT SERVICE<br>4145 SHACKLEFORD RD STE 330B<br>NORCROSS, GA  30093-3541 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM: american medical response<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>C/O AMERICAN INFOSOURCE LP<br>CHARLOTTE, NC  28272-1083 | 495.79 | 40/Unsecured<br>ACCT: 3927<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CARMAX BUSINESS SERVICES LLC<br>225 CHASTAIN MEADOWS CT NW<br>#210<br>C/O CARMAX AUTO FINANCE<br>KENNESAW, GA  30144-5942 | 17,746.33 | 0/Co-Signed Secured<br>ACCT: 3931<br>COMM: #1/17 JOURNEY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CASH ADVANCE<br>PO BOX 569<br>HAYS, MT  59527 | 0.00 | 40/Unsecured<br>ACCT: 5640<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CREDENCE RESOURCE MANAGEMT<br>4222 TRINITY MILLS RD<br>STE 260<br>DALLAS, TX  75287-7666 | 0.00 | 40/Unsecured<br>ACCT: 1925<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DISCOVER BANK<br>PO BOX 3025<br>C/O DISCOVER PRODUCTS INC<br>NEW ALBANY, OH  43054-3025 | 632.77 | 40/Unsecured<br>ACCT: 7483<br>COMM: #4<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**　　　　　　　　　　　　　　　　　　　　　Page 3
CASE NO: **23-41028**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| KOHLS<br>PO BOX 3043<br>MILWAUKEE, WI  53201-3043 | 0.00 | 40/Unsecured<br>ACCT: 2506<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LOANRIDGE<br>505 ELLICOTT ST<br>BUFFALO, NY  14203 | 0.00 | 40/Unsecured<br>ACCT: 5640<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN, MI  48090-2037 | 863.23 | 40/Unsecured<br>ACCT: 2440<br>COMM: #10<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NEXT LOAN<br>PO BOX 435<br>LOWER LAKE, CA  95457 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CR LIABILITY<br>PO BOX 5673<br>CHICAGO, IL  60606 | 0.00 | 40/Unsecured<br>ACCT: 7878<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CR LIABILITY<br>PO BOX 5673<br>CHICAGO, IL  60606 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PRA RECEIVABLES MGMT LLC<br>PO BOX 12914<br>C/O PORTFOLIO RECOVERY ASSOC<br>NORFOLK, VA  23541 | 7,528.51 | 40/Unsecured<br>ACCT: 6709<br>COMM: #7<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 4
CASE NO: **23-41028**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 1,292.68 | 40/Unsecured<br>ACCT: 6485<br>COMM: #2/CREDIT ONE BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ALLIANT CAPITAL MANAGEMT-HDH<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA  98124-3978 | 3,441.84 | 40/Unsecured<br>ACCT: 3242<br>COMM: #18/SET FINANCIAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ALLIANT CAPITAL MANAGEMT-HDH<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA  98124-3978 | 3,640.44 | 40/Unsecured<br>ACCT: 3984<br>COMM: #17/CASHNET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SUNSHINE LOANS | 0.00 | 40/Unsecured<br>ACCT: 5640<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 1,496.54 | 40/Unsecured<br>ACCT: 5445<br>COMM: #11/SAM'S CLUB MC SYNCHRONY BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TD BANK USA NA<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA  98124-3978 | 116.86 | 40/Unsecured<br>ACCT: 8582<br>COMM: #15<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TELECOM SELF-REPORTED<br>PO BOX 4500<br>ALLEN, TX  75013-1311 | 0.00 | 40/Unsecured<br>ACCT: X6-D9<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                          Page 5
CASE NO: **23-41028**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| TOGETHER CREDIT UNION<br>423 LYNCH ST<br>ST LOUIS, MO  63118-1902 | 976.88 | 40/Unsecured<br>ACCT: 9261<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| UTILITY SELF REPORTED<br>PO BOX 4500<br>ALLEN, TX  75013-1311 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN, MI  48090-2037 | 535.02 | 40/Unsecured<br>ACCT: 5383<br>COMM: #9<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DASH OF CASH<br>1329 ARENA RD LOT 110<br>KAHNAWAKE<br>QC J0L 1B0 | 686.00 | 40/Unsecured<br>ACCT: 5640<br>COMM: #6<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CITIZENS BANK NA<br>1 CITIZENS WAY JCA 115<br>JOHNSTON, RI  02919 | 1,945.51 | 40/Unsecured<br>ACCT: 0684<br>COMM: #12<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | 1,428.00 | 40/Unsecured<br>ACCT: 9090<br>COMM: #8<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 568.08 | 40/Unsecured<br>ACCT: 9325<br>COMM: #13/JCP SYNCHRONY BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS     Page 6
CASE NO: **23-41028**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MERCY HEALTH<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | 3,092.08 | 40/Unsecured<br>ACCT: X5640<br>COMM: #14<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US BANK NATIONAL ASSOCIATION<br>3751 AIRPARK<br>US BANK HOME MORTGAGE<br>MAIL PARK CN-KY-APDC<br>OWENSBORO, KY 42301 | 200.00 | 20/Post-Petition Mortgage Supplement<br>ACCT: 9850<br>COMM: #16 60MOS (DOC #29)<br>REG PYMT: $3.34<br>INT RATE: 0.00 |
| COLLECTOR OF REVENUE<br>1200 MARKET ST RM 410<br>C/O CITY OF ST LOUIS<br>ST LOUIS, MO 63103 | 2,054.17 | 40/Unsecured<br>ACCT: 5640<br>COMM: #19/19,22-23<br>EARNINGS/WATER TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: September 12, 2023
STL_NTCPAYCLM -- BC

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing document was filed electronically on September 12, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on September 12, 2023.

STEPHANIE T HENRY
4631 VARRELMANN AVE
SAINT LOUIS, MO 63116

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS** Page 7
CASE NO: **23-41028**

/s/Diana S. Daugherty

Diana S. Daugherty